| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Attorney |
| 3 | PETER J. KEITH, State Bar #206482<br>Deputy City Attorney |
| 4 | 1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408 |
| 5 | Telephone:    (415) 554-3908<br>Facsimile:     (415) 554-3837 |
| 6 | E-Mail:        peter.keith@sfgov.org |
| 7 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, |
| 8 | HEATHER FONG, JOHN BURKE, DAN MCDONAGH<br>MATHEW NEVES, OFFICER HINDS AND MICHAEL HENNESSEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELICIA R. HOLLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATHEW NEVES; SFPD OFFICER HINDS; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, AND DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV-10-2603 EMC<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** ; ORDER |

Stipulation for Extension Time to Respond;      1     n:\lit\li2010\110115\00646571.doc
Holland v. CCSF, et al. – USDC No. CV-10-2603 EMC

1  Pursuant to Local Rule 6-1(a), Plaintiff ELICIA R. HOLLAND ("Plaintiff") and Defendants
2  City and County of San Francisco, et al. ("Defendants") by and through their attorneys of record
3  hereby stipulate and agree that defendants' time to file an Answer to Plaintiff's Complaint shall be
4  extended to and through August 26, 2010.

5  IT IS SO STIPULATED.

6  Dated:  August 17, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
PETER J. KEITH
Deputy City Attorney

By: *Peter J. Keith*
PETER J. KEITH
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
HEATHER FONG, JOHN BURKE, DAN MCDONAGH
MATHEW NEVES, OFFICER HINDS AND
MICHAEL HENNESSEY

Dated:  August 17, 2010        LAW OFFICES OF GERI LYNN GREEN

By: */s/\**
GERI LYNN GREEN
Attorneys for Plaintiff ELICIA R. HOLLAND
*\*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA