IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELICIA R. HOLLAND,

          Plaintiff,

     v.

CITY OF SAN FRANCISCO, et al.,

          Defendants.

NO. C10-2603 TEH

ORDER SETTING BRIEFING SCHEDULE

     On August 26, 2010, Defendants City and County of San Francisco and Sheriff Michael Hennessey noticed a motion to dismiss for hearing on October 18, 2010. IT IS HEREBY ORDERED that Plaintiff's opposition or statement of non-opposition to this motion shall be filed on or before **September 20, 2010,** and Defendants' reply shall be filed on or before **September 27, 2010.**

**IT IS SO ORDERED.**

Dated: 08/31/10

                         THELTON E. HENDERSON, JUDGE
                         UNITED STATES DISTRICT COURT