IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELICIA R. HOLLAND,

                Plaintiff,

      v.

CITY OF SAN FRANCISCO et al.,

                Defendants.

NO. C10-2603 TEH

ORDER RE: OCTOBER 18, 2010 HEARING

The Court is in receipt of the parties' papers filed in preparation for the October 18, 2010 hearing on Defendants' motion to dismiss. IT IS ORDERED that the parties be prepared to discuss the following cases at the motion hearing:

1. *Edgerly v. City and County of San Francisco*, 599 F.3d 946 (9th Cir. 2010).
2. *Banuelos-Ayon v. Holder*, 611 F.3d 1080 (9th Cir. 2010).
3. *Way v. County of Ventura*, 445 F.3d 1157 (9th Cir. 2006).
4. *Ortega-Mendez v. Gonzales*, 450 F.3d 1010 (9th Cir. 2006)

**IT IS SO ORDERED.**

Dated: 10/13/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT