UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELICIA R. HOLLAND, | No. C-10-02603 TEH (NJV) |
| Plaintiff, | **ORDER RE: DISCOVERY MATTER** |
| v. | (Doc. No. 44) |
| CITY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On November 2, 2011, the district court referred all discovery matters in this case to a magistrate judge, "with any motions to be heard and considered at the convenience of his/her calendar." Doc. No. 47. The case was assigned to the undersigned. Although the parties raised a discovery dispute before the district court in their joint case management statement (Doc. No. 44), neither party has moved this Court regarding the discovery matter.

If the parties have not resolved their discovery dispute, the Court hereby orders them to file no later than January 13, 2012, a joint letter brief not exceeding five pages. The Court has reviewed the parties' joint case management statement and the parties should not re-incorporate its contents in their letter brief. Instead, the letter brief should describe the parties' meet and confer efforts since November 2011, any agreements they have reached since that time, and what specific issues remain to be adjudicated by this Court. The parties also should note whether they request a hearing or submit the issues on the papers.

//

//

//

If the parties do not file the joint letter brief by January 13, 2012, the Court will deem the discovery matter resolved and so notify the district court.

**IT IS SO ORDERED**.

Dated:  January 6, 2012

Nandor J. Vadas
United States Magistrate Judge