DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
DUNCAN CARLING, State Bar #262387
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3861 (Bliss)
Telephone:      (415) 554-4238 (Carling)
Facsimile:       (415) 554-3837
E-Mail:            kimberly.bliss@sfgov.org
E-Mail:            duncan.carling@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, JOHN BURKE, DAN MCDONAGH
MATHEW NEVES, OFFICER HINDS AND MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELICIA R. HOLLAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATHEW NEVES; SFPD OFFICER HINDS; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, AND DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV10-2603 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING:**<br><br>**1) PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT; AND**<br><br>**2) DISMISSAL OF DEFENDANT SFPD OFFICER JOSHUA HINDS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

GOOD CAUSE APPEARING, the parties stipulate, though their attorneys of record, to the entry of an order as follows:

1. The operative Complaint in this case was filed on June 14, 2010. It alleges fifteen causes of action and names as defendants the City and County of San Francisco; Chief of San Francisco Police Heather Fong; SFPD Officer John Burke; SFPD Officer Dan McDonagh; SFPD Officer Mathew Neves; SFPD Officer Hinds; San Francisco Sheriff Michael Hennessy and Does 1-50 and 51-100.

2. The Plaintiff dismisses all claims against Joshua Hinds in exchange for defendant Hinds, and the City and County of San Francisco on behalf of Hinds, waiving recovery of costs and fees incurred in connection with the defense of this lawsuit on behalf of defendant Hinds.

3. Plaintiff may file an Amended Complaint in the form attached hereto as Exhibit A. The First Amended Complaint makes the following changes:

    (a) substitutes SFPD Officer Philip Papale for Doe 1;

    (b) substitutes SFSD Deputy Barnes for Doe 51;

    (c) pursuant to the Court's order dismissing such claims, removes defendants City and County of San Francisco and Sheriff Hennessy from the strip search claims in causes of action 8-15; and,

    (d) removes all references to defendant Hinds from the complaint pursuant to this stipulation that he be dismissed.

///
///
///
///
///
///
///

4. The Court's approval of this Stipulation and Order will moot Plaintiff's pending Motion to Amend the complaint, which is set for hearing on June 4, 2012 at 10:00 a.m.

IT IS SO STIPULATED.

                          DENNIS J. HERRERA
                          City Attorney
                          JOANNE HOEPER
                          Chief Trial Deputy
                          KIMBERLY A. BLISS
                          DUNCAN CARLING
                          Deputy City Attorneys

                          By: _/s/ Kimberly A. Bliss_____
                          Kimberly A. Bliss
                          Attorneys for Defendant
                          CITY AND COUNTY OF SAN FRANCISCO


                          LAW OFFICES OF GERI LYNN GREEN, LC


                          By: _/s/ Geri Lynn Green_____
                          GERI LYNN GREEN
                          Attorneys for Plaintiff  ELECIA HOLLAND

                *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

**ORDER**

Based on the foregoing stipulation and good cause appearing, IT IS SO ORDERED.

Dated: 05/02/2012



HON. _____ HENDERSON
UNITED STATES DISTRICT JUDGE

Stipulation and Order Re Dismissal of Hinds and Filing of Amended Complaint; Case No. CV10-2603 TEH

4

n:\lit\li2012\110115\00770869.doc