1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
4  DUNCAN CARLING, State Bar #262387
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, 6th Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861 (Bliss)
7  Telephone:    (415) 554-4238 (Carling)
   Facsimile:    (415) 554-3837
8  E-Mail:       kimberly.bliss@sfgov.org
   E-Mail:       duncan.carling@sfgov.org
9
   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO,
   HEATHER FONG, JOHN BURKE, DAN MCDONAGH
11 MATHEW NEVES, OFFICER HINDS AND MICHAEL HENNESSEY

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 ELICIA R. HOLLAND,                      Case No. CV10-2603 TEH

16        Plaintiff,
                                           **STIPULATION AND [~~PROPOSED~~] ORDER**
17        vs.                              **REGARDING:**

18 CITY OF SAN FRANCISCO; COUNTY OF        **1) PLAINTIFF'S FILING OF A FIRST**
   SAN FRANCISCO; CHIEF OF SAN             **AMENDED COMPLAINT; AND**
19 FRANCISCO POLICE HEATHER FONG;
   SFPD OFFICER JOHN BURKE; SFPD           **2) DISMISSAL OF DEFENDANT SFPD**
20 OFFICER DAN MCDONAGH; SFPD              **OFFICER JOSHUA HINDS**
   OFFICER MATHEW NEVES; SFPD
21 OFFICER HINDS; SAN FRANCISCO
   COUNTY SHERIFF MICHAEL
22 HENNESSEY, AND DOES 1 through 100,
   inclusive,
23
          Defendants.
24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        GOOD CAUSE APPEARING, the parties stipulate, though their attorneys of record, to the

3    entry of an order as follows:

4        1.    The operative Complaint in this case was filed on June 14, 2010.  It alleges fifteen

5    causes of action and names as defendants the City and County of San Francisco; Chief of San

6    Francisco Police Heather Fong; SFPD Officer John Burke; SFPD Officer Dan McDonagh; SFPD

7    Officer Mathew Neves; SFPD Officer Hinds; San Francisco Sheriff Michael Hennessy and Does 1-50

8    and 51-100.

9        2.    The Plaintiff dismisses all claims against Joshua Hinds in exchange for defendant

10   Hinds, and the City and County of San Francisco on behalf of Hinds, waiving recovery of costs and

11   fees incurred in connection with the defense of this lawsuit on behalf of defendant Hinds.

12       3.    Plaintiff may file an Amended Complaint in the form attached hereto as Exhibit A.  The

13   First Amended Complaint makes the following changes:

14           (a) substitutes SFPD Officer Philip Papale for Doe 1;

15           (b) substitutes SFSD Deputy Barnes for Doe 51;

16           (c) pursuant to the Court's order dismissing such claims, removes defendants City and

17                County of San Francisco and Sheriff Hennessy from the strip search claims in

18                causes of action 8-15; and,

19           (d) removes all references to defendant Hinds from the complaint pursuant to this

20                stipulation that he be dismissed.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

1    4.    The Court's approval of this Stipulation and Order will moot Plaintiff's pending Motion

2    to Amend the complaint, which is set for hearing on June 4, 2012 at 10:00 a.m.

3

4    IT IS SO STIPULATED.

5                                          DENNIS J. HERRERA
                                           City Attorney
6                                          JOANNE HOEPER
                                           Chief Trial Deputy
7                                          KIMBERLY A. BLISS
                                           DUNCAN CARLING
8                                          Deputy City Attorneys

9
                                           By:  _/s/ Kimberly A. Bliss_____
10                                         Kimberly A. Bliss
                                           Attorneys for Defendant
11                                         CITY AND COUNTY OF SAN FRANCISCO

12
                                           LAW OFFICES OF GERI LYNN GREEN, LC
13

14                                         By: _/s/ Geri Lynn Green_____
                                           GERI LYNN GREEN
15                                         Attorneys for Plaintiff  ELECIA HOLLAND

16                                         *Pursuant to GO 45, the electronic signatory has obtained approval
                                           from this signatory.
17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2      Based on the foregoing stipulation and good cause appearing, IT IS SO ORDERED.

3

4

5      Dated: _____05/02/2012_____



6                                                                HON. _____ HENDERSON
                                                               UNIT                                    JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28