DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
DUNCAN CARLING, State Bar #262387
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3861 (Bliss)
Telephone:    (415) 554-4238 (Carling)
Facsimile:    (415) 554-3837
E-Mail:       kimberly.bliss@sfgov.org
E-Mail:       duncan.carling@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, JOHN BURKE, DAN MCDONAGH
MATHEW NEVES, PHILIP PAPALE, DEPUTY BARNES,
AND MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECIA R. HOLLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATTHEW NEVES; SFPD OFFICER PHILIP PAPALE, SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, SFSD DEPUTY BARNES and DOES 2-50, AND 52-100, inclusive,<br><br>    Defendants. | Case No. CV-10-2603 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Currently Scheduled Conf.: June 4, 2012<br><br>Proposed Continued Conf.: June 18, 2012 |

Stipulation and Order
CV-10-2603 TEH

n:\lit\li2012\110115\00776433.doc

# INTRODUCTION

Plaintiff and Defendants request an order continuing the further case management conference from June 4, 2012 to June 18, 2012, or a date more convenient for the Court, because of a family medical emergency.

# RECITALS

A. Deputy City Attorney Kimberly Bliss is lead counsel for Defendants. Ms. Bliss has been conferring with Plaintiff's counsel Julien Swanson to produce a joint CMC statement and attempt to resolve discovery issues around the strip-search claims. The parties do not agree on the appropriate scope of discovery related to the strip-search claims, but the parties have been conferring in good faith and have made progress toward narrowing the issues in dispute.

B. On Tuesday, May 22, 2012, Ms. Bliss was unexpectedly called away from work due to a family medical emergency involving her spouse. Ms. Bliss has been out of the office since then. She may return to work next week, but her return date is unknown at this time.

C. Deputy City Attorney Duncan Carling is also assigned to the case. Mr. Carling will write the CMC statement and represent Defendants at the conference if necessary, but he was unavailable to write the CMC statement by the due date, today, May 25, 2012, due to other work matters.

D. Defendants have requested, and Plaintiff has agreed, to postpone the case management conference for two weeks, from June 4, 2012, to June 18, 2012, or a subsequent date convenient for the Court. The additional time will allow Defendants to determine if Ms. Bliss will be available to work on the case, and allow Mr. Carling time to prepare the statement if necessary.

E. The parties have met and conferred on availability for the conference on June 18, 2012. If the Court prefers a date after June 18, 2012, all parties are available on July 2, 2012, and July 16, 2012. Mr. Carling is not available on June 25, 2012, because he is in trial, and he is not available on July 9, 2012, because he is on a pre-planned and pre-paid vacation.

//

//

**DECLARATION OF DUNCAN CARLING**

1. I am a Deputy City Attorney with the San Francisco City Attorney's Office, counsel for Defendants. I am assigned to the case of *Holland v. City and County of San Francisco et. al.* with co-counsel Kimberly Bliss. I have knowledge of the facts set forth in this declaration based on my role as an attorney of record in this case, and on information and belief from statements made to me by Kimberly Bliss.

2. Each of the facts recited above is true and correct.

3. I am informed and believe that Kimberly Bliss will provide the Court with a declaration if one is required.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on May 25, 2012, at San Francisco, California.

      ___/s/ Duncan Carling_____

      DUNCAN CARLING

**STIPULATION**

Based upon the facts recited above, the parties stipulate to entry of an order continuing the case management conference from June 4, 2012 to June 18, 2012, or a subsequent date more convenient to the Court and counsel. The parties further stipulate that they will file their joint case management conference statement seven days before the conference.

SO STIPULATED.

Dated: May 25, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

BY: _____/s/ Duncan Carling_____
DUNCAN CARLING
Attorneys for Defendants

Dated: May 25, 2012

LAW OFFICES OF GERI LYNN GREEN

By:_____/s/ Julien T. Swanson_____
JULIEN T. SWANSON
Attorneys For Plaintiff

**ORDER**

Pursuant to the parties' stipulation, the further case management conference currently scheduled for June 4, 2012, at 1:30 p.m. is continued to  06/25/2012  at 1:30 p.m. The parties shall file their joint case management statement by  06/18/2012 .

Dated:  05/29/2012

The Honorable Thelton E. Henderson
United States District Judge

Stipulation and Order
CV12-00454 JCS

3

n:\lit\li2012\110115\00776433.doc