| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 |
| | Chief Trial Attorney |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762 |
| | DUNCAN CARLING, State Bar #262387 |
| 4 | Deputy City Attorneys |
| | Fox Plaza |
| 5 | 1390 Market Street, 6th Floor |
| | San Francisco, California 94102-5408 |
| 6 | Telephone:     (415) 554-3859 [Baumgartner] |
| | Telephone:     (415) 554-4238 [Carling] |
| 7 | Facsimile:      (415) 554-3837 |
| | E-Mail:          margaret.baumgartner@sfgov.org |
| 8 | E-Mail:          duncan.carling@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, JOHN BURKE, DAN MCDONAGH
MATHEW NEVES, PHILIP PAPALE, JACULINE BARNES,
AND MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECIA R. HOLLAND, | Case No. CV-10-2603 TEH |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER** |
| vs. | |
| CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATHEW NEVES; SFPD OFFICER HINDS; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, AND DOES 1 through 100, inclusive, | |
| Defendants. | |

1     Here, the parties stipulate and request that the settlement conference before Magistrate Judge
2 Maria-Elena James scheduled for December 4, 2012, be continued to January 18, 2012, at 10:00 a.m.

4 Dated: December 3, 2012

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
DUNCAN CARLING
Deputy City Attorney

By: */s/ Duncan Carling*
DUNCAN CARLING
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

11 Dated: December 3, 2012

LAW OFFICES OF GERI LYNN GREEN

By: */s/ Julien T. Swanson*
JULIEN T. SWANSON
Attorneys For Plaintiff

**ORDER**

Pursuant to the parties' stipulation, the settlement conference currently scheduled for December 4, 2012, at 10:00 a.m. is continued to January 18, 2012, at 10:00 a.m.

Dated: 12/3/2012

The Honorable Maria-Elena James
United States Magistrate Judge