DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
DUNCAN CARLING, State Bar #262387
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3859 [Baumgartner]
Telephone:   (415) 554-4238 [Carling]
Facsimile:   (415) 554-3837
E-Mail:   margaret.baumgartner@sfgov.org
E-Mail:   duncan.carling@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, JOHN BURKE, DAN MCDONAGH
MATHEW NEVES, PHILIP PAPALE, JACULINE BARNES,
AND MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECIA R. HOLLAND,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATHEW NEVES; SFPD OFFICER HINDS; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, AND DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No. CV-10-2603 TEH<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER** |

1  Here, the parties stipulate and request that the settlement conference before Magistrate Judge
2  Maria-Elena James scheduled for December 4, 2012, be continued to January 18, 2012, at 10:00 a.m.

4  Dated: December 3, 2012

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
DUNCAN CARLING
Deputy City Attorney

By: */s/ Duncan Carling*
DUNCAN CARLING
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

11  Dated: December 3, 2012

LAW OFFICES OF GERI LYNN GREEN

By: */s/ Julien T. Swanson*
JULIEN T. SWANSON
Attorneys For Plaintiff

### ORDER

Pursuant to the parties' stipulation, the settlement conference currently scheduled for December 4, 2012, at 10:00 a.m. is continued to January 18, 2012, at 10:00 a.m.

Dated: 12/3/2012

The Honorable Maria-Elena James
United States Magistrate Judge