DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
DUNCAN CARLING, State Bar #262387
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859 [Baumgartner]
Telephone:    (415) 554-4238 [Carling]
Facsimile:    (415) 554-3837
E-Mail:       margaret.baumgartner@sfgov.org
E-Mail:       duncan.carling@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, JOHN BURKE, DAN MCDONAGH
MATHEW NEVES, PHILIP PAPALE, JACULINE BARNES,
AND MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECIA R. HOLLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATHEW NEVES; SFPD OFFICER HINDS; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, AND DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV-10-2603 TEH<br><br>[~~PROPOSED~~] ORDER EXCUSING CERTAIN DEFENDANTS FROM SETTLEMENT CONFERENCE<br><br>Hearing Date:  January 18, 2013<br>Time:          10:00 a.m.<br>Judge:         Hon. Maria-Elena James<br>Place:         Courtroom B, 15th floor<br>               450 Golden Gate Ave.<br>               San Francisco, CA 94102<br><br>Trial Date:    April 23, 2013 |

Defendants moved to excuse certain Defendants from attending the settlement conference scheduled for January 18, 2013, at 10:00 a.m.

Defendants submitted a declaration which states that Defendants met and conferred with Plaintiff on the issue of who should attend the settlement conference, and Plaintiff does not object to excusing the Defendants that are the subject of the motion.

Having read and considered Defendants' motion, and good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to excuse certain Defendants from attending the settlement conference is GRANTED.  The following Defendants are excused from attending the settlement conference:  Philip Papale, Mathew Neves, Dan McDonagh, Jaculine Barnes, Heather Fong, and Michael Hennessey. **IT IS SO ORDERED.**

Dated: January 15, 2013

_____
The Honorable Maria-Elena James
United States District Judge