```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Attorney
 3  MARGARET W. BAUMGARTNER, State Bar #151762
    DUNCAN CARLING, State Bar #262387
 4  Deputy City Attorneys
    Fox Plaza
 5  1390 Market Street, 6th Floor
    San Francisco, California 94102-5408
 6  Telephone:    (415) 554-3859 [Baumgartner]
    Telephone:    (415) 554-4238 [Carling]
 7  Facsimile:    (415) 554-3837
    E-Mail:       margaret.baumgartner@sfgov.org
 8  E-Mail:       duncan.carling@sfgov.org

 9  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
10  HEATHER FONG, JOHN BURKE, DAN MCDONAGH
    MATHEW NEVES, PHILIP PAPALE, JACULINE BARNES,
11  AND MICHAEL HENNESSEY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ELECIA R. HOLLAND, | Case No. CV-10-2603 TEH |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER EXCUSING CERTAIN DEFENDANTS FROM SETTLEMENT CONFERENCE |
| CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATHEW NEVES; SFPD OFFICER HINDS; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, AND DOES 1 through 100, inclusive, | Hearing Date:  January 18, 2013<br>Time:          10:00 a.m.<br>Judge:         Hon. Maria-Elena James<br>Place:         Courtroom B, 15th floor<br>               450 Golden Gate Ave.<br>               San Francisco, CA 94102<br><br>Trial Date:    April 23, 2013 |
| Defendants. | |

Defendants moved to excuse certain Defendants from attending the settlement conference scheduled for January 18, 2013, at 10:00 a.m.

Defendants submitted a declaration which states that Defendants met and conferred with Plaintiff on the issue of who should attend the settlement conference, and Plaintiff does not object to excusing the Defendants that are the subject of the motion.

Having read and considered Defendants' motion, and good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to excuse certain Defendants from attending the settlement conference is GRANTED. The following Defendants are excused from attending the settlement conference: Philip Papale, Mathew Neves, Dan McDonagh, Jaculine Barnes, Heather Fong, and Michael Hennessey. **IT IS SO ORDERED.**

Dated: January 15, 2013

The Honorable Maria-Elena James
United States District Judge