IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ELECIA R. HOLLAND, | NO. C10-2603 TEH |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR FOR SCHEDULED HEARING |
| v. | |
| CITY OF SAN FRANCISCO, et al., | |
| Defendants. | |

A hearing on Defendants' Motion for Summary Judgment in the above-captioned matter was scheduled for 10:00 on Monday, March 4, 2013, but Plaintiff's attorney, Ms. Geri Lynn Green, failed to appear. With good cause appearing, IT IS HEREBY ORDERED that during the continued hearing on **March 6, 2013, at 1:30 p.m.**, Ms. Green shall show cause why monetary or other sanctions should not be imposed for her failure to appear.

**IT IS SO ORDERED.**

Dated: 03/05/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT