GERI LYNN GREEN  (SBN 127709)
JULIEN T. SWANSON (SBN 193957)
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, California  94104-4166
Tel: (415) 982-2600
Fax: (415) 358-4562
gerilynngreen@gmail.com
greenlaw700@gmail.com

Attorney for Plaintiff
ELECIA HOLLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECIA HOLLAND,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.<br><br>            Defendants. | Case No. CV-10-02603-TEH<br><br>**STIPULATION AND [~~Proposed~~] ORDER DISMISSING DEFENDANTS FONG AND MCDONOUGH** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

GOOD CAUSE APPEARING, the parties stipulate, though their attorneys of record, to the following:

   Plaintiff hereby dismisses with prejudice all claims against Heather Fong and Dan McDonough. The parties shall bear their own fees and costs associated with these two defendants.

IT IS SO STIPULATED.

Dated:  April 10, 2013

LAW OFFICES OF GERI LYNN GREEN, LC

By:_____/s/ G*eri Lynn Green*_____
Geri Lynn Green
Attorney for Plaintiff
ELECIA HOLLAND

Dated: April 10, 2013

                    DENNIS J. HERRERA
                    City Attorney
                    CHERYL ADAMS
                    Chief Trial Deputy
                    DUNCAN CARLING
                    Deputy City Attorney

                    By:     */s/ Margaret W. Baumgartner*
                    MARGARET W. BAUMGARTNER
                    Attorneys for Defendants
                    CITY AND COUNTY OF SAN FRANCISCO
                    HEATHER FONG, JOHN BURKE, DAN MCDONAGH
                    MATHEW NEVES, PHILIP PAPALE, MATHEW
                    NEVES, JACULINE BARNES, MICHAEL HENNESSEY

## [~~Proposed~~] ORDER

Based on the foregoing stipulation and good cause appearing, **IT IS SO ORDERED.**

Dated: _____04/10_____, 2013

                                                    The Hon. Thelton E. Henderson
                                                    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*