1   GERI LYNN GREEN  (SBN 127709)
    JULIEN T. SWANSON (SBN 193957)
2   LAW OFFICES OF GERI LYNN GREEN, LC
3   155 Montgomery Street, Suite 901
    San Francisco, California  94104-4166
4   Tel: (415) 982-2600
    Fax: (415) 358-4562
5   gerilynngreen@gmail.com
    greenlaw700@gmail.com
6

7   Attorney for Plaintiff
    ELECIA HOLLAND
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  ELECIA HOLLAND,

                    Plaintiff,              Case No. CV-10-02603-TEH
12
                                            **STIPULATION AND [Proposed] ORDER**
       v.                                   **DISMISSING DEFENDANTS FONG AND**
13                                          **MCDONOUGH**
    CITY AND COUNTY OF SAN FRANCISCO,
14  et. al.

15                  Defendants.

16

17  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18  GOOD CAUSE APPEARING, the parties stipulate, though their attorneys of record, to the following:

19          Plaintiff hereby dismisses with prejudice all claims against Heather Fong and Dan McDonough.

20  The parties shall bear their own fees and costs associated with these two defendants.

21

22  IT IS SO STIPULATED.

23                                          LAW OFFICES OF GERI LYNN GREEN, LC

24  Dated:  April 10, 2013
                                            By:_____/s/ *Geri Lynn Green*_____
25                                          Geri Lynn Green
                                            Attorney for Plaintiff
26                                          ELECIA HOLLAND

27

28

1    Dated:  April 10, 2013

2                                             DENNIS J. HERRERA
                                              City Attorney
3                                             CHERYL ADAMS
                                              Chief Trial Deputy
4                                             DUNCAN CARLING
                                              Deputy City Attorney
5

6
                                           By:_____*/s/ Margaret W. Baumgartner*_____
7                                             MARGARET W. BAUMGARTNER
                                              Attorneys for Defendants
8                                             CITY AND COUNTY OF SAN FRANCISCO
                                              HEATHER FONG, JOHN BURKE, DAN MCDONAGH
9                                             MATHEW NEVES, PHILIP PAPALE, MATHEW
                                              NEVES, JACULINE BARNES, MICHAEL HENNESSEY
10

11

12                                    [~~Proposed~~] **ORDER**

13
     Based on the foregoing stipulation and good cause appearing, **IT IS SO ORDERED.**
14

15
     Dated:_____04/10___, 2013
16                                                      _____
                                                        The Hon. Thelton E. Henderson
17                                                      United States District Judge
18

19

20

21

22

23

24

25

26

27

28