IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECIA HOLLAND,

                Plaintiff,

         v.

CITY OF SAN FRANCISCO, et al.,

                Defendants.

NO. C10-2603 TEH

ORDER RE EXPERT REPORT

      The Court indicated in its April 16, 2013 Order on the parties' motions in limine that it would defer ruling on Plaintiff's Motion in Limine Number 3, regarding defense expert Don Cameron's use of "gruesome" photographs of the injuries sustained by other excessive force victims, until receiving the expert report. Because Defendants have not submitted an expert report for Don Cameron, the Court now orders Defendants to submit a report or other declaration indicating expert Cameron's qualifications to evaluate bruises and other physical markings and their causes. Defendants shall also include in the submission copies of any comparison photographs Cameron intends to use and shall file the information on or before **Tuesday, April 23 at 12:00 pm.**

**IT IS SO ORDERED.**

Dated: 4/18/13

                                      THELTON E. HENDERSON, JUDGE
                                      UNITED STATES DISTRICT COURT