DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar # 151762
Deputy City Attorney
DUNCAN CARLING, State Bar #262387
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859 (Baumgartner)
Telephone:     (415) 554-4238 (Carling)
Facsimile:     (415) 554-3837
E-Mail:        margaret.baumgartner@sfgov.org
E-Mail:        duncan.carling@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JOHN BURKE, MATHEW NEVES, PHIL PAPALE AND
DEPUTY JACULINE BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELICIA R. HOLLAND,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATHEW NEVES; SFPD OFFICER HINDS; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, AND DOES 1 through 100, inclusive,<br><br>　　　Defendants. | Case No. CV-10-2603 TEH<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [~~PROPOSED~~] ORDER**<br><br>Trial Date:　April 23, 2013<br>Time:　　　 8:30 a.m.<br>Place:　　　Hon. Thelton E. Henderson<br>　　　　　　Courtroom 12, 19th Floor |
|---|---|

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Projector (with stand);
3. Oversized Projector Screen;
4. Extension cords, power cords and other necessary cords;
5. Speakers for use with laptop;
6. Additional monitors

Dated:  April 16, 2013

                DENNIS J. HERRERA
                City Attorney
                CHERYL ADAMS
                Chief Trial Deputy
                MARGARET W. BAUMGARTNER
                DUNCAN CARLING
                Deputy City Attorneys

By:  */s/ Duncan Carling*
      DUNCAN CARLING

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
JOHN BURKE, MATHEW NEVES, PHIL PAPALE AND JACULINE BARNES

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Projector (with stand);
3. Oversized Projector Screen;
4. Extension cords, power cords, and other necessary cords;
5. Speakers for use with laptop;
6. Additional monitors.

IT IS SO ORDERED.

Dated: 04/17/2013



HON. THELTON E. HENDERSON
United States District Judge