DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar # 151762
Deputy City Attorney
DUNCAN CARLING, State Bar #262387
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859 (Baumgartner)
Telephone:     (415) 554-4238 (Carling)
Facsimile:      (415) 554-3837
E-Mail:         margaret.baumgartner@sfgov.org
E-Mail:         duncan.carling@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JOHN BURKE, MATHEW NEVES, PHIL PAPALE AND
DEPUTY JACULINE BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELICIA R. HOLLAND,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CHIEF OF SAN FRANCISCO POLICE HEATHER FONG; SFPD OFFICER JOHN BURKE; SFPD OFFICER DAN MCDONAGH; SFPD OFFICER MATHEW NEVES; SFPD OFFICER HINDS; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, AND DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. CV-10-2603 TEH<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [~~PROPOSED~~] ORDER**<br><br>Trial Date:        April 23, 2013<br>Time:              8:30 a.m.<br>Place:             Hon. Thelton E. Henderson<br>                   Courtroom 12, 19th Floor |

1    Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City

2    and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal and/or

3    Federal Security Services to allow into the Federal Courthouse the following for use at trial in the

4    above-referenced matter.

5        The parties request admission into the Federal Courthouse of the following:

6            1.  Laptop computers;

7            2.  Projector (with stand);

8            3.  Oversized Projector Screen;

9            4.  Extension cords, power cords and other necessary cords;

10           5.  Speakers for use with laptop;

11           6.  Additional monitors

12   Dated:  April 16, 2013

13                                             DENNIS J. HERRERA
                                               City Attorney
14                                             CHERYL ADAMS
                                               Chief Trial Deputy
15                                             MARGARET W. BAUMGARTNER
                                               DUNCAN CARLING
16                                             Deputy City Attorneys

17
                                        By: _/s/ Duncan Carling_____
18                                             DUNCAN CARLING

19                                             Attorneys for Defendants
20                                             CITY AND COUNTY OF SAN FRANCISCO
                                               JOHN BURKE, MATHEW NEVES, PHIL PAPALE AND
21                                             JACULINE BARNES

22

23

24

25

26

27

28

[Proposed] Order Allowing Equipment Through          2                    n:\lit\li2010\110115\00840929.doc
Security - Holland v. CCSF; USDC No. C10-2603 TEH

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED.  The Court Orders the United States Marshals Service to allow the following equipment through security:

1.  Laptop computers;

2.  Projector (with stand);

3.  Oversized Projector Screen;

4.  Extension cords, power cords, and other necessary cords;

5.  Speakers for use with laptop;

6.  Additional monitors.

IT IS SO ORDERED.

Dated:___04/17/2013___



_____
HON_____NDERSON
Unite_____e
Judge Thelton E. Henderson

[Proposed] Order Allowing Equipment Through       3       n:\lit\li2010\110115\00840929.doc
Security - Holland v. CCSF; USDC No. C10-2603 TEH