IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECIA HOLLAND,

                Plaintiff,

    v.

CITY OF SAN FRANCISCO, et al.,

                Defendants.

NO. C10-2603 TEH

ORDER RE RESPONSE TO PLAINTIFF'S SIXTH MOTION IN LIMINE

      Defendants shall file their response, if any, to Plaintiff's sixth motion in limine (Document No. 144) before **Monday, April 22 at 12:00 p.m.**

**IT IS SO ORDERED.**

Dated: 4/18/13

    THELTON E. HENDERSON, JUDGE
    UNITED STATES DISTRICT COURT