IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECIA HOLLAND,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>               Defendants. | NO. C10-2603 TEH<br><br>ORDER RE RESPONSE TO PLAINTIFF'S SIXTH MOTION IN LIMINE |

   Defendants shall file their response, if any, to Plaintiff's sixth motion in limine (Document No. 144) before **Monday, April 22 at 12:00 p.m.**

**IT IS SO ORDERED.**

Dated: 4/18/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT