IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECIA HOLLAND,

              Plaintiff,

    v.

CITY OF SAN FRANCISCO, et al.,

              Defendants.

NO. C10-2603 TEH

ORDER ON PLAINTIFF'S SIXTH MOTION IN LIMINE

    Plaintiff's Motion in Limine No. 6 seeks to exclude photos of Plaintiff taken in her home on the day of her arrest and a video of the protest taken hours before Plaintiff's arrest as irrelevant and unduly prejudicial. Defendants have agreed to use the photos and video for impeachment purposes only. Accordingly, Plaintiff's motion to exclude the photos and video is GRANTED without prejudice. Should Defendants wish to introduce the photos or video, they shall make a showing outside the presence of the jury as to the relevance of the photos or video for impeachment purposes.

**IT IS SO ORDERED.**

Dated: 04/23/2013

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT